## Case No. 6,541.

HITCHEN et al. v. WILSON et al.

[1 Brunner, Col. Cas. 253; [1] 4 Hall, Law J. 275.]

Circuit Court, D. Maryland.  May Term, 1812.

SEAMEN'S WAGES.

Where a vessel had been captured and condemned, and pending an appeal was restored, held, that the seamen were entitled to full wages.

[Appeal from the district court of the United States for the district of Maryland.]

This was a libel [by Benjamin Hitchen and others against William Wilson & Sons] for wages. The vessel had been captured and condemned. Pending the appeal she was restored to the underwriters, to whom she had been abandoned upon a compromise. The defendants were willing to pay the seamen's wages, after deducting the expense of recovering the property. But the district court decreed full wages; and the sentence was affirmed in this court.